DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NEMESSIS ROSENDO VENEGAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDILIO NAVARRO<br>NEMESSIS ROSENDO VENEGAS<br><br>Defendants. | No. 2:12-CR-00310 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 11, 2013.

2. By this stipulation, the defendants now move to continue the status conference until August 15, 2013, at 9:30 a.m. and to exclude time between July 11, 2013, and August 15, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government initially provided 32 pages of investigative reports. These

1

reports show that there are additional audio and video recordings and other evidence available for inspection and copying. The government has recently provided some of the discovery that the defense counsel for Mr. Venegas requested. There are some additional items that the Government is working on providing to the defense. The Government is going to need time to provide those items and the defense will need additional time to review everything.

  b. Counsel for the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

  c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2013, to August 15, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

                                                            BENJAMIN B. WAGNER

Dated: July 9, 2013                        U.S. ATTORNEY

                                        By:    /s/ David D. Fischer for
                                                     SAMUEL WONG
                                                     Assistant U.S. Attorney
                                                   Attorney for Plaintiff

Dated: July 9, 2013                                    /s/ David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                       NEMESSIS ROSENDO VENEGAS

Dated: July 9, 2013                                    /s/ David D. Fischer for
                                                       MICHAEL PETRIK
                                                       Attorney for Defendant
                                                       EDILIO NAVARRO

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 11, 2013, status conference hearing be continued to August 15, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that

time beginning from July 11, 2013, up to and including the August 15, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO FOUND AND ORDERED this 10th day of July, 2013.

Troy L. Nunley
United States District Judge